

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-14-00022-CV

**S.R.L., BY AND THROUGH HER**
**NEXT FRIEND, ANGELA BELCHER,**

                                                            **Appellants**

 **v.**

**TERRY FLENNIKEN,**

                                                            **Appellee**

_____

**From the 335th District Court**
**Burleson County, Texas**
**Trial Court No. 27,521**

_____

## MEMORANDUM  OPINION

_____

Appellant filed an unopposed motion to dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed September 11, 2014
[CV06]

